**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of New Jersey

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  SBB Shipping USA, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  26-1444200

4. **Debtor's address**

   **Principal place of business**
   246 Pegasus Avenue
   Number    Street

   Northvale    NJ    07647
   City         State  ZIP Code

   Bergen County
   County

   **Mailing address, if different from principal place of business**
   464 Valley Brook Avenue
   Number    Street
   3rd Floor
   P.O. Box

   Lyndhurst    NJ    07071
   City         State  ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number    Street
   _____
   _____
   City         State  ZIP Code

5. **Debtor's website** (URL)  https://sbbusa.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  SBB Shipping USA, Inc.
      Name

Case number *(if known)* _____

---

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
488510

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.  District _____  When _____ (MM/DD/YYYY)  Case number _____
       District _____  When _____ (MM/DD/YYYY)  Case number _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes.  Debtor _____  Relationship _____
       District _____  When _____ (MM/DD/YYYY)
       Case number, if known _____

---

Debtor    SBB Shipping USA, Inc.                                          Case number *(if known)*_____
          Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number        Street

_____

_____    _____    _____
City                                                      State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  SBB Shipping USA, Inc.
Name

Case number (*if known*)_____

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/14/2024
MM / DD / YYYY

✘ /s/ Batuhan Cakmak                         Batuhan Cakmak
Signature of authorized representative of debtor    Printed name

Title  President

**18. Signature of attorney**

✘ /s/ David Stevens                          Date  12/14/2024
Signature of attorney for debtor                   MM / DD / YYYY

David Stevens
Printed name

Scura Wigfield, Heyer, Stevens & Cammarota LLP
Firm name

1599 Hamburg Turnpike
Number    Street

Wayne                                        NJ          07470
City                                         State       ZIP Code

2014904777                                   dstevens@scura.com
Contact phone                                Email address

034422007                                    NJ
Bar number                                   State

28-46 South Dean Street LLC
Attn: Pres./CEO/Reg. Agent
34 South Dean Street, Ste 200
Englewood, NJ 07631

360 Equipment
Attn: Pres./CEO/Reg. Agent
300 Beardsley Ln, Building D201
Austin, TX 78746

360 EQUIPMENT LEASING
Attn: Pres./CEO/Reg. Agent
300 Beardsley Lane, Building D - 201
Austin, TX 78746

Adnan Bozkurt, c/o David Benjamin Friedrich &
Attn: David B. Freidrich
203 Godwin Avenue
Ridgewood, NJ 07450

AMERICAN LOGISTICS GROUP
Attn: Pres./CEO/Reg. Agent
68 S Service Rd
Melville, NY 11747

American Logistics Group, Inc.
68 S Service Rd
Melville, NY 11747

Amex
Attn: President/CEO/Registered Agent
World Financial Center, 200 Vesey St
New York, NY 10285

Amur Equipment Finance, Inc.
Attn: Pres./CEO/Reg. Agent
304 West 3rd Street
Grand Island, NE 68801

Aspire Funding
Attn: Pres./CEO/Reg. Agent
146W 29th St, Ste 10W
New York, NY 10001

B&BC ESTATES LLC
Attn: Pres./CEO/Reg. Agent
179 Columbus Road
Demarest, NJ 07627

B&BC Estates, LLC
Attn: Pres./CEO/Reg. Agent
179 Columbus Rd
Demarest, NJ 07627

B&BC Estates, LLC
179 Columbus Road
Demarest, NJ 07627

Bank of America, CC
Attn: Pres./CEO/Officer of Institution
525 Washington Blvd
Jersey City, NJ 07310

BANKERS HEALTHCARE GROUP
Attn: Pres./CEO/Reg. Agent
10234 W State Road 84
Davie, FL 33324

Batuhan Cakmak
179 Columbus Road
Demarest, NJ 07627

Batuhan Cakmak
NJ

Batuhan Cakmak [insider - principal]
179 Columbus Road
Demarest, NJ 07627

Bayfirst National Bank, N.A.
Attn: Pres./CEO/Officer of Institution
700 Central Avenue
Saint Petersburg, FL 33701

Bertone Piccini LLP
Attn: Anthony Bianco
777 Terrace Avenue, Suite 201
Hasbrouck Heights, NJ 07604

Burcu Turner Cakmak [insider - wife]
179 Columbus Road
Demarest, NJ 07627

Bz International Trade Llc
179 Columbus Road
Demarest, NJ 07627

C T Corporation System, as representative
Attn: SPRS
330 N Brand Blvd, Ste 700
Glendale, CA 91203

C T Corporation System, as representative
UCC No. 56580662
820 Bear Tavern Road
Trenton, NJ 08628

CAMEXIM COMINSER
Attn: Pres./CEO/Reg. Agent
10 RUE DE LA TREILLE BP 70431-37304
JOUE LES TOURS CEDEX FRANCE,

CANWORLD LOGISTICS INC.
Attn: Pres./CEO/Reg. Agent
1981 BOYLEN ROAD , UNIT # 8 , MISSISSAU
ONTARIO, L5S 1R9, CANADA,

Capital Logistics International LLC
Attn: Pres./CEO/Reg. Agent
12 Water St #403b
White Plains, NY 10601

Capital Logistics, International, LLC
Attn: President/CEO/Registered Agent
20 W LINCOLN AVE SUITE 302
Valley Stream, NY 11580

CERAMICA FONDOVALLE SPA
Attn: Pres./CEO/Reg. Agent
VIA RIO PIODO, 12 TORRE MAINA MO
41053 ITALY,

Chase, CC
Attn: President/CEO/Officer of the Insti
270 Park Avenue,
New York, NY 10017

CnC Nail Products, LLC
Attn: Pres./CEO/Reg. Agent
911 South Pickett Street, Unit A
Alexandria, VA 22304

COSMO LOGISTICS
Attn: Pres./CEO/Reg. Agent
8 Green STE A
Dover, DE 19901

DANIEL L. VESQUE, LCHB
163 Pension Road
Englishtown, NJ 07726

DAYLIGHT LOGISTICS INC
Attn: Pres./CEO/Reg. Agent
2417 JERICHO TPKE SUITE 138
New Hyde Park, NY 11040

Dedicated Funding, LLC
Attn: Pres./CEO/Reg. Agent
860 East 4500 South, Ste 312
Salt Lake City, UT 84107

Dext Capital Headquarters
Attn: Pres./CEO/Reg. Agent
5500 Meadows Rd Suite 300
Lake Oswego, OR 97035

DEXT CAPITAL, LLC
Attn: President/CEO/Registered Agent
P O Box 74007351
Chicago, IL 60674-7351

Dilay A Cakmak [insider - daughter]
179 Columbus Road
Demarest, NJ 07627

Drive NJ Insurance, c/o The Progressive Corpo
Attn: Pres./CEO/Reg. Agent
300 North Commons Blvd.
Mayfield Village, OH 44143

Eamonn O'Hagan - on behalf of SBA
U.S. Attorney's Office District of New J
970 Broad Street
Newark, NJ 07102

EAST COAST C.E.S, INC
Attn: Pres./CEO/Reg. Agent
1130/1140/1150 Polaris Street
Elizabeth, NJ 07201

Emre Erdinc
1255 Paterson Plank Road
Secaucus, NJ 07094

Ercan Yildirim, c/o David Benjamin Friedrich
Attn: David B. Freidrich
203 Godwin Avenue
Ridgewood, NJ 07450

Eternity Solutions LLC
Attn: Pres./CEO/Reg. Agent
MC#1064990 175 Broadhollow Rd Suite 110
Melville, NY 11747

FDS INC.
Attn: Pres./CEO/Reg. Agent
239 Lindbergh Pl building 2a
Paterson, NJ 07503

Financial Pacific Leasing, Inc.
Attn: Pres./CEO/Reg. Agent
3455 South 344th Way, Suite 300
Federal Way, WA 98001

Forge Signworks
Attn: Pres./CEO/Reg. Agent
69 Megill Rd
Farmingdale, NJ 07727-3678

Genova Burns Attorneys-At-Law
Attn: Matthew Kertz, Esq.
494 Broad Street
Newark, NJ 07102

GRAVITY CONCEPTS
Attn: Pres./CEO/Reg. Agent
17110 HOUSE HAHL RD. C4
Cypress, TX 77433

HACKER KITCHENS PARAMUS LLC
Attn: Pres./CEO/Reg. Agent
179 Columbus Road
Demarest, NJ 07627

HAPAG-LLOYD (AMERICA) LLC
Attn: Pres./CEO/Reg. Agent
3 RAVINIA DRIVE SUITE 1600
Atlanta, GA 30346

HLS AIR SEA (INTERNATIONAL) SHANGHAI LIMITED
Attn: Pres./CEO/Reg. Agent
Room 550, Guangfa Building, 2007 South D
Luohu District, Shenzhen, China,

HMM AMERICA SHIPPING AGENCY INC
Attn: Pres./CEO/Reg. Agent
222 W LAS COLINAS BLVD STE 700
Irving, TX 75039

Indus Source, Inc.
Attn: Pres./CEO/Reg. Agent
37-05 74th St
Jackson Heights, NY 11372

ISUZU FINANCE
Attn: Pres./CEO/Reg. Agent
2500 Westchester Ave #312
Purchase, NY 10577

JPMorgan Chase
270 Park Avenue
31st Floor
New York, NY 10017

JPMorgan Chase, Auto Finance
Attn: Pres./CEO/Officer of Institution
700 Kansas Lane LA4-4022
Monroe, LA 71203-4774

KABR Group, c/o Kessler Law, LLC
Attn: David Kessler
354 Eisenhower Parkway Plaza I, Suite 2
Livingston, NJ 07039

Law Offices of MaryAnn Virgona, Esq.
Attn: MaryAnn Virgona, Esq.
125 River Road, Suite 201
Edgewater, NJ 07020

LEXINGTON INTERMODAL,
Attn: Pres./CEO/Reg. Agent
400 Duncan Ave # 2
Jersey City, NJ 07306

LEXINGTON INTERMODAL, Attn: Pres./CEO/Reg. Ag
WALL STREET INTERMODAL, LLC
P.O. BOX 847
Mantua, OH 44255

MAERSK LINE
Attn: Pres./CEO/Reg. Agent
9300 ARROWPOINT BLVD.
Charlotte, NC 28273

MEDITERRANEAN SHIPPING COMPANY (USA) INC.
Attn: Pres./CEO/Reg. Agent
420 5TH AVENUE
New York, NY 10018

Mod Arte, LLC
Attn: Batuhan Cakmak
179 Columbus Road
Demarest, NJ 07627

Mod Arte, LLC, c/o David Benjamin Friedrich
Attn: David B. Freidrich
203 Godwin Avenue
Ridgewood, NJ 07450

Morrison Cohen
Attn: Joaquin Ezcurra
909 Third Avenue
New York, NY 10022-4784

NOLAN TRANSPORT LLC
Attn: Pres./CEO/Reg. Agent
424 Flat Rocks Road
Bruceton Mills, WV 26525

North Mill Credit Trust
Attn: Pres./CEO/Officer of Institution
9 Executive Circle, Ste 230
Irvine, CA 92614

Oak Idea Corporation
Attn: Sachin Grover
241 Canterbury Avenue
North Arlington, NJ 07031

Oak Idea Inc, c/o David Benjamin Friedrich &
Attn: David B. Freidrich
203 Godwin Avenue
Ridgewood, NJ 07450

Peter Uzzolino
ACRES LAND TITLE AGENCY, INC.
PO Box 769, 55 Essex Street
Millburn, NJ 07041

Popular Bank
Attn: Pres./CEO/Officer of Institution
85 Broad Street, 10th Flr
New York, NJ 10004

Popular Bank, Note ID 10101
Attn: Pres./CEO/Officer of Institution
85 Broad Street, 10th Flr
New York, NJ 10004

Popular Bank, Note ID 19101
Attn: Pres./CEO/Officer of Institution
85 Broad Street, 10th Flr
New York, NJ 10004

PORTX INC
Attn: Pres./CEO/Reg. Agent
256 Paterson Plank Rd
Carlstadt, NJ 07072

Prestige Luxury Design Llc, c/o David Benjami
Attn: David B. Freidrich
203 Godwin Avenue
Ridgewood, NJ 07450

PROVIDENT BANK
Attn: Pres./CEO/Officer of Institution
111 WOOD AVENUE SOUTH 2ND FLOOR
Iselin, NJ 08830-2716

Quartz Arte Inc, c/o David Benjamin Friedrich
Attn: David B. Freidrich
203 Godwin Avenue
Ridgewood, NJ 07450

Quartz Arte, Inc.
Attn: Batuhan Cakmak
179 Columbus Road
Demarest, NJ 07627

Royal W Silver II d/b/a Royal W Silver II & G
c/o: Glendon E. Danks
West Tower, Centre Square, 1500 Market S
Philadelphia, PA 19103

Sachin Grover, c/o David Benjamin Friedrich &
Attn: David B. Freidrich
203 Godwin Avenue
Ridgewood, NJ 07450

SALESFORCE.COM, INC.
Attn: Pres./CEO/Reg. Agent
415 Mission St
San Francisco, CA 94105

SEZGIN MARBLE ITALIA SRL
Attn: Pres./CEO/Reg. Agent
Viale Giovanni da Verrazzano 7
54033 Carrara MS Italy,

ST GEORGE LOGISTICS
Attn: Pres./CEO/Reg. Agent
6801 West Side Ave
North Bergen, NJ 07047

Suofeiya Home Collection, LLC
Attn: Pres./CEO/Reg. Agent
464 Valley Brook Avenue
Lyndhurst, NJ 07071

TayCor Financial
Attn: Pres./CEO/Reg. Agent
30 Executive Park Suite 100
Irvine, CA 92614

The KABR Group, LLC
Attn: Michael Goldstein, COO as rep. of
34 South Dean Street, Suite 200
Englewood, NJ 07631

Third Paramus Associates, LLC
Attn: Mr. Nicholas A. Laganella
1 Kalisa Way, Suite 301
Paramus, NJ 07652

TOYOTA FINANCE
Attn: Pres./CEO/Reg. Agent
6565 Headquarters Dr
Plano, TX 75024

TURKON AMERICA INC
Attn: Pres./CEO/Reg. Agent
400 Plaza Dr floor 2,
Secaucus, NJ 07094

U.S. Small Business Administration
409 3rd Street, SW
Washington, DC 20416

U.S. Small Business Administration
Attn: Registered Agent / Officer
2 North Street Suite 320
Birmingham, AL 35203

U.S. Small Business Administration
Attn: Registered Agent / Officer
2 Gateway Ctr STE 1002
Newark, NJ 07102

ULTIMA INTERNATIONAL TRANSPORTATION AND FOREI
Attn: President/CEO/Registered Agent
Kucukbakkalkoy Mah. Sonay Sok.
Ata Plaza No:6 Kat:3 ATASEHIR/ stanbul,

ULTIMA LOGISTICS USA LLC
Attn: Pres./CEO/Reg. Agent
463 Valley Brook Ave. 3RD Fl
Lyndhurst, NJ 07071

VALLEY BROOK ESTATES LLC
Attn: Pres./CEO/Reg. Agent
464 VALLEY BROOK AVENUE 3RD FLOOR
Lyndhurst, NJ 07071

Valley Brook Estates, LLC
Attn: Pres./CEO/Reg. Agent
464 Valley Brook Ave, 3RD Fl
Lyndhurst, NJ 07071

United States Bankruptcy Court
District of New Jersey

In re: SBB Shipping USA, Inc.

Case No.

Chapter 11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 12/14/2024

/s/ Batuhan Cakmak
Signature of Individual signing on behalf of debtor

President
Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

District of New Jersey

In re  SBB Shipping USA, Inc.

Case No. _____

**Debtor**

Chapter  11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[ ] FLAT FEE

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . $_____

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

[✓] RETAINER

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . $ $12,000.00 (+$1,736.00 filing fee)

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer. The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ Legal assistants: $150 / Paralegal support: $185 / Law Clerks: $275 / Associates: $395+ / Partners: $575

2. The source of the compensation paid to me was:

   [✓] Debtor           [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [✓] Debtor           [ ] Other (specify)

4. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

      d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

# CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 12/14/2024 | /s/ David Stevens, 034422007 |
| *Date* | *Signature of Attorney* |
| | Scura Wigfield, Heyer, Stevens & Cammarota LLP |
| | *Name of law firm* |
| | 1599 Hamburg Turnpike |
| | Wayne, NJ 07470 |