**SCURA, WIGFIELD HEYER,**
**STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
David L. Stevens, Esq.
E-mail: dstevens@scura.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re:* <br><br> SBB Shipping USA, Inc, <br><br> Debtor. | Case No. 24-22278 (VFP) <br><br> Chapter 11 <br><br> Hon. Judge Vincent F. Papalia |

**NOTICE OF TELEPHONIC MEETING OF CREDITORS**

**TO: All Parties-in-Interest**

**PLEASE TAKE NOTICE** that the Meeting of Creditors for the captioned debtor, SBB Shipping USA, Inc., has been scheduled for Wednesday, January 22, 2025 at 10:00 AM.

All parties who wish to participate can join telephonically.

    Call in Number: +1 929-229-5442
    Meeting ID: 300 094 867#

YOUR PARTICIPATION IS WELCOMED, BUT NOT REQUIRED.

                                                    SCURA, WIGFIELD, HEYER,
                                                    STEVENS & CAMMAROTA, LLP
                                                    Attorneys for Debtor

Dated: December 26, 2024                   */s/ David L. Stevens*
                                                      David L. Stevens, Esq.