UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Tae H. Whang, LLC
Tae Hyun Whang, Esq.
185 Bridge Plaza North
Suite 201
Fort Lee, NJ 07024
(201) 461-0300
Attorneys for Creditor Popular Bank

In Re:

SBB Shipping USA Inc.

Debtor.

Case No.: 24-22278-VFP

Chapter: 11

Judge: Vincent F. Papalia

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of _____Popular Bank_____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Law Offices of Tae H. Whang, LLC
185 Bridge Plaza North
Suite 201
Fort Lee, NJ 07024

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: December 30, 2024

/s/ Tae Hyun Whang
Signature

new.8/1/15