Robert M. Kline, Esq., NJ Bar #035001989
WRIGHT LAW GROUP, PLLC
228 Park Ave S, PMB 84356
New York, NY 10003
Tel.: 315-234-3593
E-mail: rmk@replevin.com

Attorneys for Creditor
360 EQUIPMENT FINANCE, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

NEWARK

| | | |
|---|---|---|
| In re | ) | Case No.: 24-22278-VFP |
| | ) | |
| SBB Shipping USA, Inc., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | **NOTICE OF APPEARANCE AND** |
| | ) | **REQUEST FOR NOTICE** |
| | ) | |

    Pursuant to Rules 2002, 3017(a), 9010(b) and 9013 of the Federal Rules of Bankruptcy Procedure, Robert M. Kline hereby appears on behalf of 360 EQUIPMENT FINANCE, LLC, a creditor and party-in-interest in the above-captioned case, and requests that all notices given, and all pleadings, motions, orders and other documents served, in the above-captioned case be given and served to:

Robert M. Kline
Wright Law Group, PLLC
228 Park Ave S, PMB 84356
New York, NY 10003
Tel. & Fax: 315-234-3593; e-mail: rmk@replevin.com

Dated: January 9, 2025                               **WRIGHT LAW GROUP, PLLC**

                                                          By: /s/Robert M. Kline_____
                                                              Robert M. Kline
                                                               Attorneys for Creditor
                                                                360 EQUIPMENT FINANCE, LLC

## CERTIFICATION OF SERVICE

I, the undersigned counsel for 360 Equipment Finance, hereby certify that:

On January 9, 2025, I served the foregoing document described as:

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

on the interested parties in this action by placing a true copy thereof in a sealed envelope in the U.S. Mail, with postage thereon fully prepaid, addressed as follows, or by electronic CM/ECF service, as indicated:

*Debtor – via U.S. Mail*
SBB Shipping USA, Inc.
246 Pegasus Avenue
Northvale, NJ 07647

*Represented by – via CM/ECF*
David L. Stevens
Scura, Wigfield, Heyer & Stevens
1599 Hamburg Turnpike
Wayne, NJ 07470

*U.S. Trustee – via CM/ECF*
U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 9, 2025.

/s/ Robert M. Kline
_____
Robert M. Kline