| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Order Filed on April 17, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>SBB Shipping USA, Inc.,<br><br>Debtor. | Case No.: 24-22278 (VFP)<br><br>Chapter:     11<br><br>Hearing Date:     4/8/2025 |

**ORDER DENYING WITHOUT PREJUDICE APPLICATION TO RETAIN SPECIAL COUNSEL**

The relief set forth on the following page, numbered (2), is hereby **ORDERED**.

**DATED: April 17, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

| | |
|---|---|
| Case name: | In re SBB Shipping USA, Inc. |
| Case no.: | 24-22278 (VFP) |
| Caption of Order: | Order Denying Without Prejudice Application to Retain Special Counsel |

---

This matter having been opened to the Court by SBB Shipping, USA, Inc. (the "Debtor"), by and through its counsel, Scura, Wigfield, Heyer, Stevens, & Cammarota, LLP, upon the filing of an application to retain Anthony Bianco, Esq. as special counsel; and the Court having considered the opposition filed by Third Paramus Associates, LLC, by and through its counsel, Genova Burns LLC; and after an initial hearing held on March 18, 2025 at which the Court requested supplemental submissions; and the Court having considered the supplemental certification filed in support of the Debtor's application and the supplemental objection filed by Third Paramus Associates, LLC; and after a hearing held on April 8, 2025; and the Court having found that Anthony Bianco, Esq. appears to have an adverse interest by virtue of his representation of both the Debtor and the Debtor's principal, Batu Cakmak, in litigation and a settlement agreement resolving two State Court Actions (Docket Nos: BER-C-000122- 24 and BER-C-000134-24); and the Court being unable to find that the retention of Mr. Bianco by the Debtor is in the best interests of the Debtor or the estate on the basis of the current record before the Court, particularly because the Debtor is represented in this case by separate counsel, who will be seeking this Court's approval of any such settlement as part of counsel's representation of the Debtor in this case; and for the reasons set forth on the record on April 8, 2025, it is hereby

**ORDERED** that the Debtor's application to retain Mr. Bianco is **DENIED WITHOUT PREJUDICE** to: (i) the Debtor's right to seek reconsideration of this decision on appropriate grounds; and (ii) Mr. Bianco's right to file a claim against the Debtor's estate. The rights of all parties in interest to object to any such applications are preserved.